```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
-------------------------------x
                               :
DEVON HAAP, et al.,            :
                               :
          Plaintiffs,          :
                               :
v.                             :    Civil No. 3:13CV1684(AWT)
                               :
ROBERT K. DESIDERIO, JR.,      :
et al.,                        :
                               :
          Defendants.          :
                               :
-------------------------------x
```

## ORDER DISMISSING CASE

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before April 17, 2014.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before April 17, 2014.

The dates sets for in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered

Dated this 17th day of March, 2014, at Hartford, Connecticut.

                                          /s/
                                 Alvin W. Thompson
                                 United States District Judge