UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DEVON HAAP AND KAREN CARTER ) | CIVIL ACTION NO. |
|    Plaintiffs ) | 3:13-CV-01684 (AWT) |
| ) | |
| v. ) | |
| ) | |
| ROBERT K. DESIDERIO, JR. D/B/A ) | |
| CONNECTICUT AUTO WHOLESALERS, ) | |
| AND IDEAL FINANCIAL SERVICES, INC. ) | |
|    Defendants ) | MARCH 25, 2014 |

NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiffs, Devon Haap and Karen Carter, through their attorney, hereby give notice that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

    PLAINTIFFS, DEVON HAAP AND KAREN CARTER

    By: /s/Daniel S. Blinn_____
       Daniel S. Blinn, Fed Bar No. (ct02188)
       dblinn@consumerlawgroup.com
       Consumer Law Group, LLC
       35 Cold Spring Rd., Suite 512
       Rocky Hill, CT  06067
       Tel. (860) 571-0408; Fax (860) 571-7457

## CERTIFICATION

I hereby certify that on this 25th day of March, 2014, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn